# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| RAUL PEREZ, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:18-cv-92 |
| v. | * | |
| TRACY JOHNS, | * | |
| Respondent. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 11. Petitioner Raul Perez ("Perez") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, **GRANTS** Respondent's unopposed Motion to Dismiss, and **DISMISSES without prejudice** Perez's 28 U.S.C. § 2241 Petition for failure to exhaust his administrative remedies. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal.

Additionally, the Court **DENIES** Perez *in forma pauperis* status on appeal.

**SO ORDERED**, this __2__ day of __May__, 2019.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)